**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Darryl SIMON, Defendant–Appellant.**

**No. 01–8046.**

United States Court of Appeals, Fourth Circuit.

Submitted June 11, 2002.

Decided July 12, 2002.

Darryl Simon, Appellant Pro Se. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Simon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Simon,* Nos. CR–98–10–MU; CA–01–613–3–1MU (W.D.N.C. filed Nov. 9, 2001 & entered Nov. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*